William T. JOHNSON, Jr., Defendant
Below, Appellant,

v.

STATE of Delaware, Plaintiff
Below, Appellee.

No. 34, 2017

Supreme Court of Delaware.

Submitted: April 11, 2017
Decided: June 28, 2017
Reargument Denied July 21, 2017

Court Below—Superior Court of the State of Delaware, Cr. ID No. 9711014716

AFFIRMED.

■

James SMITH, Defendant
Below, Appellant,

v.

STATE of Delaware, Plaintiff
Below, Appellee.

No. 239, 2017

Supreme Court of Delaware.

Submitted: June 27, 2017
Decided: July 3, 2017

Court Below—Superior Court of the State of Delaware, Cr. ID No. 1502009425 (K)

DISMISSED.

■

Timothy JARVIS, Defendant
Below–Appellant,

v.

STATE of Delaware, Plaintiff
Below–Appellee.

No. 155, 2017

Supreme Court of Delaware.

Submitted: June 23, 2017
Decided: July 5, 2017

Court Below—Superior Court of the State of Delaware, Cr. ID 1502001595 (S)

DISMISSED.

■

Michael KADE, Defendant
Below-Appellant,

v.

STATE of Delaware, Plaintiff
Below-Appellee.

No. 579, 2016

Supreme Court of Delaware.

Submitted: June 7, 2017
Decided: July 5, 2017

Court Below: Family Court of the State of Delaware, File No.: 1602012904 (N)

AFFIRMED.